## STATE *vs.* F. E. BRIDGES.

Knox County. Decided March 20, 1919. This case involves precisely the question decided in *State* v. *Fred Demarest*. Under R. S., Chap. 45, Sec. 35, a court is held to have no jurisdiction in criminal matters, without special statute, beyond the limits of the county. Demurrer sustained. *Henry L. Withee*, County Attorney, for State. *A. S. Littlefield*, for respondent.